# COMPLAINT

### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 24 P 3: 19

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

_Roy Scott Anderson_

v.

Case Number:

## 18-C-1498

(Full name of defendant(s))

(to be supplied by Clerk of Court)

_Michael Seeger_
_Officer-Melby_

---

A.    PARTIES

1.    Plaintiff is a citizen of ___WI_____, and is located at
                                        (State)

_P.O. Box 900 Waupun, WI 53963_
                (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant _Michael Seeger + Officer Melby_
                                                    (Name)

Case 2:18-cv-01498-LA-WED   Filed 09/24/18   Page 1 of 7   Document 1

is (if a person or private corporation) a citizen of ___WI___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _City of Racine Police Department_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The plaintiff Roy Anderson is an inmate at John Burke Correctional Center, in Waupun WI. On Sept. 22, 2012, at about 8:55 p.m. Plaintiff exited the back door of his residence at 955 Washington Ave. Racine, WI. Plaintiff joined his two friends (Willie Dean & Joespheus Sanders) on the sidewalk directly behind the residence. Dean and Sanders informed Plaintiff that a police car had just stopped and pulled away.

Complaint – 2

## Attachment (a)

Plaintiff walked with Dean to the front of building - Dean entered the building to go to his apartment - As Plaintiff was walking back along the side of the building officer Seeger drove his squad car up + over the curb onto the sidewalk just feet away from Plaintiff with the squad cars high-beam headlights pointed directly on Plaintiff - Plaintiff took a few steps backwards into the grass directly against the building - At this time the officers (while in full uniform with guns visible) rapidly approached Plaintiff with one at each side of Plaintiff and the squad car directly in front of Plaintiff - At this point and due to the officers conduct, Plaintiff dropped the pill bottle containing the drugs onto the ground - At this point officer Melby grab -

Continued on attached pages

Complaint - 3

bed Plaintiff's arm while officer Seeger simultaeously questioned and frisk Plaintiff - At this point officer Seeger ask Plaintiff if he could search his pockets - Plaintiff refused Seeger's request to search his pockets - At this point Seeger immediately began to search Plaintiff's pockets, all while officer Melby held onto Plaintiff's arm - After that search, officer Melby released Plaintiff's arm and searched the grassy area with the aid of his flashlight and discovered the pill bottle containing the drugs - At this point the officers arrested Plaintiff for possession with intent to deliver cocaine.

Anderson seeks damages from Seeger and Melby for violating his Fourth Amendment rights guaranteed to him by the United States Constitution because the officers without a warrant, a reasonable belief of criminal activity, consent, or a violation of Racine City Ordinance 66-107, initiated the investigative stop + stopped Plaintiff, frisk Plaintiff for weapons, searched Plai-

Attachment (6)



ntiff's person(pockets) and arrested Plaintiff
and or failed to intervene to prevent the
other officer from stopping, searching and
arresting Plaintiff, all contrary to Fourth Am-
endment protections.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

_Grant damage award to plaintiff :_
_Compensatory and punitive_

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _18_ day of _September_ 20_18_.

Respectfully Submitted,

_Roy G. Anderson_
Signature of Plaintiff

_150615_
Plaintiff's Prisoner ID Number

_John Burke Correctional Center_

_P.O. Box 900 Waupun, WI 53963_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.